JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STARBUCKS CORPORATION et al.,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-07034-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting in Part Defendants' Motion for Summary Judgment and Dismissing Plaintiff's State Law Claims, **IT IS ADJUDGED** that Plaintiff's sole federal claim under 42 U.S.C. § 1981 is dismissed with prejudice and that his remaining state law claims are dismissed without prejudice.

DATED: August 11, 2022

_____
STEVE KIM
U.S. MAGISTRATE JUDGE